IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CR-144 |
| | ) | JUDGE PHILLIPS |
| OSCAR DONTA WOODS | ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Oscar Woods, and the defendant admits that he has violated his supervised release. An agreement has been reached between the parties, recommending that Mr. Woods' supervised release should be revoked and that he should receive a sentence of 14 months incarceration, with no supervised release to follow.

Mr. Woods agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is

III. The advisory guideline range is 5 to 11 months incarceration for a "Grade C" violation which the Court has carefully considered. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements. The above-guideline sentence is appropriate because it is not followed by supervised release.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of 14 months, with no supervised release to follow.

_Thomas W. Phillips_
Hon. Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:

_/s/ for AUSA Stone, by permission_
Tracey Stone
Assistant U.S. Attorney

_____
Laura E. Davis
Attorney for Defendant


_____
Oscar Woods
Defendant


_____ for USPO Robinette, by permission
Trine Robinette
U.S. Probation Officer

Page 3 of 3

Case 3:07-cr-00144-TWP-HBG   Document 35   Filed 01/09/15   Page 3 of 3   PageID #: 67